# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: jdawes | Date Created: 5/19/2015 |
| Case: 15−11294−smb | Form ID: b9b | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | First Chamber, Inc. | 12 Pell St.    New York, NY 10013 |
| ust | United States Trustee | Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |
| tr | Albert Togut | Togut Segal & Segal, LLP    One Penn Plaza    Suite 3335    New York, NY 10119 |
| aty | Nigel E. Blackman | Blackman & Melville, PC    11 Broadway    Suite 615    New York, NY 10004 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor    Attn: Legal Affairs – Devora Cohn    Brooklyn, NY 11201−3719 |
| 6691970 | Lin Cheng | 5661 Highway 21 south    Rincon, GA 31326 |
| 6691971 | Orient Clipper | 139 Center St., 8th Fl.    New York, NY 10013 |
| 6691972 | Tour East, Inc. | 2 Mott St.    New York, NY 10003 |

TOTAL: 11