# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: mlporter | Date Created: 5/20/2015 |
| Case: 15−11294−smb | Form ID: b9b | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | First Chamber, Inc. | 12 Pell St.     New York, NY 10013 |
| ust | United States Trustee | Office of the United States Trustee     U.S. Federal Office Building     201 Varick Street, Room 1006     New York, NY 10014 |
| tr | Albert Togut | Togut Segal & Segal, LLP     One Penn Plaza     Suite 3335     New York, NY 10119 |
| aty | Nigel E. Blackman | Blackman & Melville, PC     11 Broadway     Suite 615     New York, NY 10004 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551     Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor     Attn: Legal Affairs − Devora Cohn     Brooklyn, NY 11201−3719 |
| 6691970 | Lin Cheng | 5661 Highway 21 south     Rincon, GA 31326 |
| 6691971 | Orient Clipper | 139 Center St., 8th Fl.     New York, NY 10013 |
| 6691972 | Tour East, Inc. | 2 Mott St.     New York, NY 10003 |

TOTAL: 11