**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case)(12/12)    Case Number **15−11294−smb**

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 11, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours. NOTE: The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
First Chamber, Inc.
dba Broadview Tours
12 Pell St.
New York, NY 10013

| Case Number:<br>15−11294−smb | Social Security /Taxpayer ID/Employer ID/Other Nos.:<br>26−2684326 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Nigel E. Blackman<br>Blackman & Melville, PC<br>11 Broadway<br>Suite 615<br>New York, NY 10004<br>Telephone number: 718−576−1646 | Bankruptcy Trustee (name and address):<br>Albert Togut<br>Togut Segal & Segal, LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>Telephone number: (212) 594−5000 |

## Meeting of Creditors
Date: **June 24, 2015**                    Time: **09:30 AM**
Location: **Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, NY 10004−1408**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>One Bowling Green<br>New York, NY 10004−1408<br>Telephone number: 212−668−2870 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Vito Genna |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 5:00 PM | Date: May 20, 2015 |

**EXPLANATIONS**  B9B (Official Form 9B) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| | –– Refer to Other Side for Important Deadlines and Notices ––<br>**REVISED AS TO CORRECT 341(a) MEETING DATE** |

United States Bankruptcy Court
Southern District of New York

In re:                                                                      Case No. 15-11294-smb
First Chamber, Inc.                                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: mlporter           Page 1 of 1           Date Rcvd: May 20, 2015
                              Form ID: b9b             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2015.
db            +First Chamber, Inc.,   12 Pell St.,   New York, NY 10013-5124
smg            N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY  12201-0551
smg            New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
               Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY  11201-3719
smg            New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
               Albany, NY  12205-0300
smg           +United States Attorney's Office,   Southern District of New York,
               Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825
6691970       +Lin Cheng,   5661 Highway 21 south,   Rincon, GA 31326-9416
6691971       +Orient Clipper,   139 Center St., 8th Fl.,   New York, NY 10013-4564
6691972       +Tour East, Inc.,   2 Mott St.,   New York, NY 10013-5003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: nigel@bmlawonline.com May 20 2015 19:23:40     Nigel E. Blackman,
               Blackman & Melville, PC,   11 Broadway,   Suite 615,   New York, NY  10004
tr            +EDI: QATOGUT.COM May 20 2015 19:23:00      Albert Togut,   Togut Segal & Segal, LLP,
               One Penn Plaza,   Suite 3335,   New York, NY 10119-3395
ust           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 20 2015 19:23:42     United States Trustee,
               Office of the United States Trustee,   U.S. Federal Office Building,
               201 Varick Street, Room 1006,   New York, NY 10014-9449
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2015 at the address(es) listed below:
              Albert    Togut    alcourt@teamtogut.com, kackerman@teamtogut.com;alcourt@ecf.inforuptcy.com
                                                                                              TOTAL: 1